## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., and FLFMC, LLC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>WHAM-O, INC., and NYLABONE PRODUCTS, <br><br>　　　　Defendants. | Civil Action No.:　　10-0287 <br><br>JURY TRIAL DEMANDED <br><br>**<u>Filed Electronically</u>** |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiffs, United States of America, ex rel., and FLFMC, LLC, by and through their counsel, Meyer Unkovic & Scott, LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1), and hereby provides notice of voluntary dismissal without prejudice of the above-captioned matter against Defendants, Wham-O, Inc. and Nylabone Products.

　　　　　　　　　　　　　　　　MEYER, UNKOVIC & SCOTT LLP


　　　　　　　　　　　　　　　　By:<u>/s Tony J. Thompson</u>
　　　　　　　　　　　　　　　　　　Tony J. Thompson

　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within Notice of Voluntary Dismissal was served this 26th day of March, 2010, via the Court's electronic transmission facilities pursuant to Fed. R. Civ. P. 5(b)(3) and Local Rule 5.5.

MEYER, UNKOVIC & SCOTT LLP

By: /s *Tony J. Thompson*
     Tony J. Thompson

ATTORNEYS FOR PLAINTIFFS